UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Boyd D. Potts, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:14-CV-158-BO** |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for judgment on the pleadings is GRANTED and defendant's motion for judgment on the pleadings is DENIED. This case is **REMANDED** for an award of benefits consistent with this order.

**This Judgment Filed and Entered on June 2, 2015, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Mary Ellen Russell | (via CM/ECF Notice of Electronic Filing) |

DATE:  
June 2, 2015

JULIE RICHARDS JOHNSTON, CLERK

(By) /s/ Linda Downing  
　　　　Deputy Clerk